IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO: 09-41156
                                                    CHAPTER 7
   HERNDON, MAURICE B
   HERNDON, ELAINE
      Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 08 | Wakulla Bank<br>Mowrey Law Firm, P.A.<br>515 N. Adams Street<br>Tallahassee, FL 32301 | $313.83 |

The check mailed at the above address on December 28, 2010 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 30th day of March, 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Wakulla Bank Mowrey Law Firm, P.A., 515 N. Adams Street,  Tallahassee, FL 32301  and Charles  Edwards,  Office of the  U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida  32301  on this 30th  day of March, 2011.

                                                  /s/ Sherry F. Chancellor
                                      Sherry F. Chancellor, Trustee